SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER CLEVELAND, OHIO 44113
Case: 1:21-cv-01254-DCN Doc #: 1-3 Filed: 06/28/21 1 of 1. PageID #: 33

**EXHIBIT B**

| CASE NO. | SUMMONS NO. |
|---|---|
| CV21948190 | D1 CM | 44552939 |

Rule 4 (B) Ohio Rules of Civil Procedure

# SUMMONS

JOHN T. SANDERS **PLAINTIFF**
VS
CUYAHOGA COUNTY, ET AL. **DEFENDANT**

CUYAHOGA COUNTY
C/O CUYAHOGA COUNTY DEPT OF LAW
2079 E. 9TH STREET
CLEVELAND OH 44115

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

SUBODH CHANDRA
1265 W 6TH ST

SUITE 400
CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

WILLIAM T MCGINTY
Do not contact judge. Judge's name is given for attorney's reference only.



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT | |
|---|---|
| Jun 2, 2021 | By _____ <br> Deputy |



COMPLAINT FILED    05/29/2021

CMSN130