**UNITED STATES POSTAL SERVICE**

Date Produced: 06/14/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3544 8100 52. Our records indicate that this item was delivered on 06/10/2021 at 09:26 a.m. in CLEVELAND, OH 44101. The scanned image of the recipient information is provided below.

Signature of Recipient :

Signature X *Donna Albert*
Printed Name *Donna Albert*

Address of Recipient :

Delivery Address

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: CV21048190 P44552910 RUBISH/ARMOND/2021-8-23/05/06 Case CV21948190
Sent To: C/O CUYAHOGA COUNTY DEPT OF LAW 2079 E. 9TH STREET CLEVELAND, OH 44115