**EXHIBIT I**

**UNITED STATES POSTAL SERVICE**

Date Produced: 06/14/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3544 8100 90. Our records indicate that this item was delivered on 06/07/2021 at 09:55 a.m. in CLEVELAND, OH 44101. The scanned image of the recipient information is provided below.

Signature of Recipient :

> Signature X: *Donna Albert*
> Printed Name: DonnA Albert

Address of Recipient :

> Delivery Address: [redacted]

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

CV21048190 44552942 / RELLOM / SHANE ALEX / 2021632850
Customer Reference Number: Case / CV21348190
Sent To: 2079 E. 9TH STREET, SUITE 5-200 CLEVELAND, OH 44115