EXHIBIT M

