EXHIBIT N

# CASE INFORMATION

## CV-21-948190 JOHN T. SANDERS vs. CUYAHOGA COUNTY, ET AL.



Case Summary  |  Docket  |  Parties  |  Costs  |  Service  |  Images  |  All

Printer Friendly Version

**Docket Information**

| From Date | Type | Type | Type | Type | Search | |
|---|---|---|---|---|---|---|
| / | ❓ | ▼ | ▼ | ▼ | ▼ | Start Search ❓ |
| / | | | | | | |

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 06/23/21 | N/A | SR | USPS RECEIPT NO. 44552942 DELIVERED BY USPS 06/07/2021 PELLOM,/SHANE/ALEX PROCESSED BY COC 06/23/2021. | |
| 06/23/21 | N/A | SR | USPS RECEIPT NO. 44552941 DELIVERED BY USPS 06/09/2021 SCHILLING, JR.,/DAVID/G. PROCESSED BY COC 06/23/2021. | |
| 06/23/21 | N/A | SR | USPS RECEIPT NO. 44552940 DELIVERED BY USPS 06/10/2021 BUDISH,/ARMOND/ PROCESSED BY COC 06/23/2021. | |
| 06/23/21 | N/A | SR | USPS RECEIPT NO. 44552939 DELIVERED BY USPS 06/07/2021 CUYAHOGA COUNTY PROCESSED BY COC 06/23/2021. | |
| 06/22/21 | D6 | SR | CERTIFIED MAIL RECEIPT NO. 44552944 RETURNED 06/22/2021 FAILURE OF SERVICE ON DEFENDANT RODRIGUEZ, JR.,/JUAN/ - NOT DELIVRBL AS ADDR NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 06/22/21 | D7 | SR | CERTIFIED MAIL RECEIPT NO. 44552945 RETURNED 06/22/2021 FAILURE OF SERVICE ON DEFENDANT DOE/JOHN/ - NOT DELIVRBL AS ADDR NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 06/15/21 | D5 | SR | CERTIFIED MAIL RECEIPT NO. 44552943 RETURNED 06/07/2021 FAILURE OF SERVICE ON DEFENDANT LOURIE,/BRUCE/ - REFUSED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 06/03/21 | D7 | SR | SUMS COMPLAINT(44552945) SENT BY CERTIFIED MAIL. TO: JOHN DOE CO/ CUYAHOGA COUNTY DEPT OF LAW 2079 E. 9TH STREET CLEVELAND, OH 44115 | 📄 |
| 06/03/21 | D6 | SR | SUMS COMPLAINT(44552944) SENT BY CERTIFIED MAIL. TO: JUAN RODRIGUEZ, JR., C/O CUYAHOGA COUNTY DEPT OF LAW 2079 E. 9TH STREET CLEVELAND, OH 44115 | 📄 |
| 06/03/21 | D5 | SR | SUMS COMPLAINT(44552943) SENT BY CERTIFIED MAIL. TO: BRUCE LOURIE, CUYAHOGA COUNTY DEPARTMENT OF LAW 2079 E. 9TH STREET CLEVELAND, OH 44115 | 📄 |
| 06/03/21 | D4 | SR | SUMS COMPLAINT(44552942) SENT BY CERTIFIED MAIL. TO: SHANE ALEX PELLOM, 2079 E. 9TH STREET, SUITE 5-200 CLEVELAND, OH 44115 | 📄 |
| 06/03/21 | D3 | SR | SUMS COMPLAINT(44552941) SENT BY CERTIFIED MAIL. TO: DAVID G. SCHILLING, JR., 1215 W. 3RD STREET CLEVELAND, OH 44113 | 📄 |
| 06/03/21 | D2 | SR | SUMS COMPLAINT(44552940) SENT BY CERTIFIED MAIL. TO: ARMOND BUDISH, C/O CUYAHOGA COUNTY DEPT OF LAW 2079 E. 9TH STREET CLEVELAND, OH 44115 | 📄 |
| 06/03/21 | D1 | SR | SUMS COMPLAINT(44552939) SENT BY CERTIFIED MAIL. TO: CUYAHOGA | 📄 |

| | | | |
|---|---|---|---|
| | | | COUNTY C/O CUYAHOGA COUNTY DEPT OF LAW 2079 E. 9TH STREET CLEVELAND, OH 44115 |
| 06/02/21 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/02/21 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/02/21 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/02/21 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/02/21 | D7 | CS | WRIT FEE |
| 06/02/21 | D6 | CS | WRIT FEE |
| 06/02/21 | D5 | CS | WRIT FEE |
| 06/02/21 | D4 | CS | WRIT FEE |
| 06/02/21 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/02/21 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/02/21 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/02/21 | D3 | CS | WRIT FEE |
| 06/02/21 | D2 | CS | WRIT FEE |
| 06/02/21 | D1 | CS | WRIT FEE |
| 06/01/21 | N/A | SF | JUDGE WILLIAM T MCGINTY ASSIGNED (RANDOM) |
| 06/01/21 | P1 | SF | LEGAL RESEARCH |
| 06/01/21 | P1 | SF | LEGAL NEWS |
| 06/01/21 | P1 | SF | LEGAL AID |
| 06/01/21 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 06/01/21 | P1 | SF | COMPUTER FEE |
| 06/01/21 | P1 | SF | CLERK'S FEE |
| 06/01/21 | P1 | SF | DEPOSIT AMOUNT PAID SUBODH CHANDRA |
| 05/29/21 | N/A | SF | CASE FILED: COMPLAINT |

Copyright © 2021 PROWARE. All Rights Reserved. 1.1.750