IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN T. SANDERS, | CASE NO.: 1:21cv1254 |
| Plaintiff, | |
| vs. | JUDGE: DONALD C. NUGENT |
| CUYAHOGA COUNTY, OHIO, *et al.* | |
| Defendants. | |

*[Handwritten annotation: "What about ___ / DENIED: ___ / GRANTED: X / IT IS SO ORDERED / [signature] U.S. DISTRICT JUDGE"]*

### DEFENDANTS' MOTION TO STAY DISCOVERY AS TO DEFENDANT BRUCE LOURIE

Defendants move this Court for a <u>six-month</u> stay of discovery as to Bruce Lourie. As previously discussed with the Court, there is currently an investigation into the incident involving Plaintiff John T. Sanders. This investigation *might* result in criminal charges against Defendant Bruce Lourie, but no determination has been made yet. The Cuyahoga County Prosecutor's Office referred the matter to the Geauga County Prosecutor to serve as Special Prosecutor over a year ago. Respecting the criminal process and Bruce Lourie's legal rights, Defendants respectfully request a stay of discovery as to Bruce Lourie, including paper discovery (requests for admission, interrogatories, and documents) and depositions. The reasons for this request are set forth in the attached memorandum.