IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN T. SANDERS, ) | |
| ) | Case No.: 1:21cv1254 |
| Plaintiff, ) | |
| ) | Judge Donald C. Nugent |
| vs. ) | |
| ) | **MOTION FOR LEAVE TO PERMIT** |
| CUYAHOGA COUNTY, OHIO, et al., ) | **PLAINTIFF TO FILE A** |
| ) | **MEMORANDUM NOT TO EXCEED 30** |
| Defendants. ) | **PAGES IN OPPOSITION TO THE** |
| ) | **PENDING MOTION TO DISMISS** |
| ) | |

Now comes the Plaintiff, by and through counsel, and respectfully requests that he be granted leave to file a Memorandum not to exceed 30 pages in opposition to Defendants, Cuyahoga County, Armond Budish, and David Schilling's, Motion to Dismiss filed on or about 1-25-2022. Plaintiff currently is limited to 20 pages pursuant to Local Rule 7.1(f). However, for good cause shown, the Court may authorize the filing of a Memorandum opposing a dispositive motion exceeding the page limits. Plaintiff states that good cause exists for filing a Memorandum not to exceed 30 pages for the reasons stated herein and in the Memorandum in Support of this Motion.

Plaintiff respectfully states that the length of his Opposition Memorandum should be extended in order to permit him to adequately address the issues raised by the Defendants moving to dismiss his case against them. The moving Defendants have advanced ten (10) reasons for the dismissal of his Complaint. In support, these Defendants cite approximately 50 cases, and approximately six (6) statutory provisions. Plaintiff states that a 30 page

Memorandum is reasonable to respond given the number of issues raised and referenced supporting authority.

As good cause exists, Plaintiff respectfully requests this Court grant his Motion.

Respectfully submitted,

/s/ Subodh Chandra
Subodh Chandra (0069233)
Donald P. Screen (0044070)
Patrick Haney (0092333)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) /216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com
Patrick.Haney@ChandraLaw.com

/s/ William H. Bartle
Dennis E. Murray, Jr. (0038509)
William H. Bartle (0008795)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
(419) 624-3126 (p) / (419) 624-0707 (f)
dmj@murrayandmurray.com

*Attorneys for Plaintiff John Sanders*

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing document was filed electronically on this 9th day of March, 2022. Notice of this filing will be sent to the parties by operation of the Court's electronic system. Parties may access the filing through the Court's system.

/s/ William H. Bartle
William H. Bartle (0008795)
MURRAY & MURRAY CO., L.P.A.

*Attorney for Plaintiff*