IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOHN T. SANDERS,** <br><br> *Plaintiff,* <br><br> v. <br><br> **CUYAHOGA COUNTY, *ET AL.*** <br><br> *Defendants.* | Case No. 1:21-CV-001254 <br><br> Judge Charles E. Fleming <br><br> Magistrate Judge Jennifer Dowdell Armstrong |
| **ATTORNEY PATRICK HANEY'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** | |

Under N.D. Ohio Local Rule 83.9, attorney Patrick Haney respectfully moves for leave of Court to withdraw as counsel for Plaintiff John Sanders. Mr. Haney is no longer an employee of The Chandra Law Firm, LLC. Attorneys Subodh Chandra and Donald Screen will continue to represent Plaintiff, as well as Dennis Murray, Jr. of Murray & Murray Co., L.P.A. Plaintiff has received written notice of Mr. Haney's intention to withdraw from this case.

Attorney Haney requests that the Court direct the Clerk to remove him from the e-filing service list in this matter.

Dated: November 4, 2022

Respectfully submitted,

*/s/ Patrick Haney*
Patrick Haney (0092333)
The Legal Aid Society of Cleveland
1223 West Sixth Street
Cleveland, Ohio 44113
Phone: (216) 861-5617
Fax: (216) 586-3220
Patrick.Haney@lasclev.org