IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN T. SANDERS, ) | |
| ) | Case No.: 1:21cv1254 |
| Plaintiff, ) | |
| ) | Judge Donald C. Nugent |
| vs. ) | |
| ) | **NOTICE OF SUBMISSION** |
| CUYAHOGA COUNTY, OHIO, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff has submitted a joint status report of the parties by electronic mail to Magistrate Judge Armstrong's chambers on this 20th day of June, 2023.

Respectfully submitted,

/s/ Subodh Chandra
Subodh Chandra (0069233)
Donald P. Screen (0044070)
Patrick Haney (0092333)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) /216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com
Patrick.Haney@ChandraLaw.com

/s/ Dennis E. Murray, Jr.
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
(419) 624-3126 (p) / (419) 624-0707 (f)
dmj@murrayandmurray.com

*Attorneys for Plaintiff John Sanders*

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing document was filed electronically on this 20th day of June, 2023. Notice of this filing will be sent to the parties by operation of the Court's electronic system. Parties may access the filing through the Court's system.

                                        */s/ Dennis E. Murray, Jr.*
                                        Dennis E. Murray, Jr. (0038509)
                                        MURRAY & MURRAY CO., L.P.A.

                                        *Attorney for Plaintiff*