IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN T. SANDERS, | ) |
| | ) Case No.: 1:21cv1254 |
| Plaintiff, | ) |
| | ) Judge Charles E. Fleming |
| vs. | ) |
| | ) **NOTICE OF SUBMISSION** |
| CUYAHOGA COUNTY, OHIO, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff has submitted a joint status report of the parties by electronic mail to Magistrate Judge Armstrong's chambers on this 14th day of July, 2023.

Respectfully submitted,

/s/ Subodh Chandra                           /s/ Dennis E. Murray, Jr.
Subodh Chandra (0069233)              Dennis E. Murray, Jr. (0038509)
Donald P. Screen (0044070)            MURRAY & MURRAY CO., L.P.A.
Patrick Haney (0092333)                 111 East Shoreline Drive
THE CHANDRA LAW FIRM LLC         Sandusky, Ohio 44870-2517
The Chandra Law Building              (419) 624-3126 (p) / (419) 624-0707 (f)
1265 West Sixth Street, Suite 400    dmj@murrayandmurray.com
Cleveland, Ohio 44113
216.578.1700 (p) /216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com   *Attorneys for Plaintiff John Sanders*
Donald.Screen@ChandraLaw.com
Patrick.Haney@ChandraLaw.com

## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing document was filed electronically on this 14th day of July, 2023. Notice of this filing will be sent to the parties by operation of the Court's electronic system. Parties may access the filing through the Court's system.

      */s/ Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.

*Attorney for Plaintiff*