IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN T. SANDERS, | ) |
|     Plaintiff, | ) Case No.: 1:21cv1254 |
| vs. | ) Judge Charles E. Fleming |
| CUYAHOGA COUNTY, OHIO, *et al.*, | ) **NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF JOHN SANDERS'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
|     Defendants. | ) |

Having been apprised by counsel for Defendants that Plaintiff misperceived the status of the parties' discussions and invited to discuss the matter further, Plaintiff withdraws, without prejudice, the Motion to Enforce Judgment (ECF Doc.#50).

Dated: August 3, 2023

*/s/ Subodh Chandra*
Subodh Chandra (0069233)
Donald P. Screen (0044070)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) /216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com

Respectfully submitted,

*/s/ Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
William H. Bartle (0008795)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
(419) 624-3126 (p) / (419) 624-0707 (f)
dmj@murrayandmurray.com

*Attorneys for Plaintiff John Sanders*

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing document was filed electronically on this 3rd day of August, 2023. Notice of this filing will be sent to the parties by operation of the Court's electronic system. Parties may access the filing through the Court's system.

                                              */s/ Dennis E. Murray, Jr.*
                                              Dennis E. Murray, Jr. (0038509)
                                              MURRAY & MURRAY CO., L.P.A.

                                              *Attorney for Plaintiff*